IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

DONNA J. BERJETTEJ,

        Plaintiff,

vs.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

09-CV-892-BR

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of **$7183.17** are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: October 1, 2010.

_____
Hon. ANNA J. BROWN
United States District Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Of Attorneys for Plaintiff